**DISMISS; and Opinion Filed July 29, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01305-CV

### TODD PRUETT, Appellant
### V.
### DALLAS COUNTY, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-08112**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Brown, and Stoddart
Opinion by Justice Brown

Appellant's brief was due March 19, 2015. By letter dated March 24, 2015, the Court notified appellant that his brief was overdue. We directed appellant to file, within ten days, his brief and an extension motion. We warned that failure to do so would result in dismissal of the appeal. To date, appellant has neither filed a brief nor communicated with the Court regarding the appeal. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(c).

/Ada Brown/
ADA BROWN
JUSTICE

141305F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TODD PRUETT, Appellant

No. 05-14-01305-CV        V.

DALLAS COUNTY, Appellee

On Appeal from the 193rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-13-08112.
Opinion delivered by Justice Brown, Chief Justice Wright and Justice Stoddart participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that appellee Dallas County recover its costs of this appeal from appellant Todd Pruett.

Judgment entered this 29th day of July, 2015.